In re MIKE ZONONE.
No. A-1677.    Opinion Filed June 6, 1912.

Petition for writ of habeas corpus from Pittsburg county by Mike Zonone.    Dismissed.

Pruiett & Sniggs, for petitioner.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.    The petitioner being confined in the penitentiary at McAlester on a judgment rendered against him for murder, applied for a writ of habeas corpus to secure his discharge from such imprisonment, upon the ground that such judgment was void.    After the case was argued and submitted, counsel for petitioner have requested that they be permitted to dismiss the application for the writ of habeas corpus without prejudice.    It is therefore ordered that all proceedings in said cause be dismissed without prejudice to petitioner.

---

CHARLES BROWN v. STATE.
No. A-1455.

CARL OELKE v. STATE.
No. A-1456.    Opinion Filed June 6, 1912.

Appeals from Canadian County Court;
W. A. Maurer, Judge.

Charles Brown and Carl Oelke were convicted of violating the prohibitory law, and appeal.    Affirmed.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.    The appellant, Charles Brown, was convicted in the county court of Canadian county at the July, 1911, term for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of five hundred dollars and six months' confinement in the county jail.    The appellant, Carl Oelke, was found guilty in the county court of Canadian county at the July, 1911, term of a violation of the prohibitory liquor law, and his punishment was assessed at a fine of one hundred dollars and thirty days' confinement in the county jail. An appeal was prosecuted in each of these two causes, but counsel for appellants have never made any appearance in this court or filed a brief in either of said causes.    Therefore the judgment of the lower court in each of said causes is affirmed for want of prosecution of said appeals.

---

GEORGE W. ROZZELE v. STATE.
No. A-1471.    Opinion Filed June 8, 1912.
Appeal from LeFlore County Court;
P. C. Bolger, Judge.

George W. Rozzelle was convicted of violating the prohibitory law, and appeals.    Appeal dismissed.

Tom W. Neal, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

FURMAN, P. J.    On the 10th day of May, 1911, judgment was rendered against appellant in the county court of LeFlore county for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of fifty dollars and sixty days' confinement in the county jail. Appellant did not perfect his appeal by filing a transcript of the record in this court until the 8th day of November, 1911, which was long after the time allowed by law for perfecting such appeal.    This court therefore has not acquired jurisdiction of this cause and the appeal is dismissed.

ARMSTRONG and DOYLE, JJ., concur.